UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __00-6277__
8 U.S.C. §1326(a), (b)(2)

CR - HURLEY

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA )
)
v. )
)
ERIC McKINNEY, )
)
        Defendant. )
_____)

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about June 4, 1998, in Broward County, in the Southern District of Florida, the defendant,

ERIC McKINNEY,

an alien, having been previously deported from the United States to ~~Jamaica~~ the Bahamas on or about March 16, 1998, after being convicted on December 13, 1995, of the aggravated felony of delivery of cocaine, was found knowingly in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United



States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. _____

v.                                   **CERTIFICATE OF TRIAL ATTORNEY\***

**ERIC McKINNEY**                    **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)      Yes ___   No ___
                                     Number of New Defendants  _____
___ Miami  ___ Key West              Total number of counts    _____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I     0 to 5 days      _X_            Petty     ___
   II    6 to 10 days     ___            Minor     ___
   III   11 to 20 days    ___            Misdem.   ___
   IV    21 to 60 days    ___            Felony    _X_
   V     61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                     _____
                                     ROBIN S. ROSENBAUM
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Florida Bar No. 908223

\*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant Name:** ERIC McKINNEY            **Case No.:** _____

====================================   ====================================

Count #l: Illegal reentry into U.S. after aggravated felony conviction: 8:1326(a) and (b)(2)

_____

**Max. Penalty:** 20 years' imprisonment; $2,000,000.00 fine
====================================================================
Count #

_____

**Max. Penalty:**
====================================================================
Count #

_____

**Max. Penalty:**
====================================================================
Count #:

_____

**Max. Penalty:**
====================================================================
Count #:

_____

**Max. Penalty:**
====================================================================

====================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.