# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ERIC McKINNEY

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6277 CR - HURLEY** CR - ~~RYSKAMP~~

YOU ARE HEREBY COMMANDED to arrest __ERIC McKINNEY__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)  **MAGISTRATE JUDGE ~~JOHNSON~~ VITUNAC**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who, having previously been deported from the United States, knowingly and unlawfully re-entered the United States without the Attorney General having expressly consented to such alien's reapplying for readmission to the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

__CLARENCE MADDOX__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at Pre-trial detention requested

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

September 14, 2000, Fort Lauderdale, Florida
Date and Location

by _[signature]_ Lurana S. Snow
United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||  |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |