# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ERIC McKINNEY (J)               CASE NO: 00-6277-CR-HURLEY
AUSA: ROBIN ROSENBAUM / Thompson      ATTY:
AGENT:                                VIOL:
PROCEEDING: I/A ON INDICTMENT         RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no          COUNSEL APPOINTED:
BOND SET @:                           To be cosigned by:

REC'D by ___ D.C. DEC 0 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

FILED by ___ D.C. DEC - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone: ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Advised of Charges

Cnsl to be retained -

ICC set in FTL

PTD/arr set in WPB

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-5 | 11 | SNOW | |
| PTD/BOND HEARING: | 12-7 | 9:30 | duty | WPB |
| PRELIM/ARRAIGN OR REMOVAL: | 12-7 | 9:30 | duty | WPB |
| STATUS CONFERENCE: | | | | |

DATE: 12/4/00   TIME: 11:00   FTL/LSS TAPE # 00- 059   Begin: 2948   End: 3098