REC'D by _____ D.C.
DEC 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ERIC McKINNEY (J)   CASE NO: 00-6277-CR-HURLEY

AUSA: ROBIN ROSENBAUM   ATTY: _____

AGENT: _____   VIOL: _____

PROCEEDING: INQUIRY RE COUNSEL   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

FILED by ___ D.C.
DEC 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Chris Grieco retained —*

*Clerk to call & make sure he has court dates.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/ HEARING: | 12-7-00 | 9:30 | Duty | WPB |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-7-00 | 9:30 | Duty | WPB |
| STATUS CONFERENCE: | | | | |

DATE: 12/5/00   TIME: 11:00   FTL/LSS TAPE # 00 - 062   Begin: 062   End: 116