UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REC'D by _____ D.C.
FILED
DEC 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
                                Plaintiff

CASE NO. 00-6277 CR RYSKAMP

v.

Eric McKinney
                                Defendant

REPORT COMMENCING CRIMINAL ACTION

FILED by ____ D.C.
DEC - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12/01/00  1:30 pm

2. Spoken language: English

3. Offense(s) charged: 8 USC 1326 Reentry after Deportation

4. U.S. Citizen   ☐ YES   ☒ NO   ☐ UNKNOWN

5. Date of birth: 12/18/71

6. Type of charging document: (Check One)
   ☒ INDICTMENT        ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6277 CR RYSKAMP    CASE NO. _____
   DISTRICT: Southern Florida  Ft Lauderdale  (Where warrant or complaint is filed.)

   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:   ☐ YES   ☐ NO

   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 12/01/00

9. Tara M Maguire
   ARRESTING OFFICER

10. AGENCY: US INS

11. 305-762-3615
    PHONE NO.