UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6277-CR-Ryskamp

RECEIVED & FILED IN OPEN COURT
ON 12-7-00
W.P.B. AT ____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Fla.

UNITED STATES OF AMERICA

VS.

Eric McKinney,

**NOTICE OF PERMANENT APPEARANCE OF COUNSEL OF RECORD**

TRIAL ONLY: _____

TRIAL AND APPEAL: _____

COMES NOW Christopher A. Grillo and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: 12/7/2000          BAR NO. 302216
ATTORNEY: (Print Name) Christopher A. Grillo
SIGNATURE: Christopher Grillo
ADDRESS: 1 E. Broward Blvd.
CITY: Ft. Lauderdale   STATE: Fl   ZIP CODE: 33301
TELEPHONE NO. 954-524-1125

The undersigned defendant hereby consents to the representation by the above counsel.

permcsl.not

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6277CR-HURLEY/VITUNAC

    Plaintiff,

v.    JUDGE: HURLEY

    MAG. VITUNAC

ERIC MCKINNEY,

    Defendant.

_____/

RECEIVED & FILED IN OPEN COURT
ON _____ AT
_____, FLA.
Carlos C. Maddox  Clerk
United States District Court
Southern District of Florida

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

PLEASE ENTER the appearance of CHRISTOPHER A. GRILLO, as Counsel of Record for the Accused, ERIC MCKINNEY, for the purposes of pretrial matters through Trial in the above styled case, and to forward any and all further correspondance or materials to the addresss below mentioned.

DATED: December 6, 2000

    Respectfully submitted,

    _____
    CHRISTOPHER A. GRILLO, P.A.
    Counsel for Accused
    1 East Broward Boulevard, #700
    Fort Lauderdale, FL 33301
    (954) 524-1125
    Florida Bar No. 302661