# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 12/07/2000   TIME: 9:30 AM

DEFT. ERIC MCKINNEY (J)   CASE NO. 00-6277-CR-HURLEY/VITUNAC

AUSA. Lothrop Morris / ROBIN ROSENBAUM   ATTY: Christopher Grillo - Perm.

AGENT. INS   VIOL. 8:1326(a)

PROCEEDING: STATUS RE COUNSEL, ARRAIGNMENT & ~~DETENTION~~   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION: Status Re Counsel & Arraignment held. Deft present with counsel, waives formal reading of Indictment & pleads Not Guilty. Notice of permanent appearance filed.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested   / Signed & distributed

Status/Disc. set for 1-8-2001 @ 9:30 am before Judge Johnson.

Defense stipulates to temp. detention. Gov't proffers brief evidence. Deft. detained w/out prejudice. Written Order To follow.

DATE: 12-7-00   TAPE: AEV 00-93-650