UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6277-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC MCKINNEY,

    Defendant.
_____/



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **DECEMBER 7, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: __IN CUSTODY__

Telephone no.: _____

**DEFENSE COUNSEL:**  Name: __CHRISTOPHER A. GRILLO__

Address: __1 EAST BROWARD BOULEVARD #700__

__FORT LAUDERDALE, FLORIDA 33301__

Telephone no.: __(954) 524-1125__

BOND/SET/CONTINUED: $ __TEMPORARY PRETRIAL DETENTION__

/////PTD hrg held: YES_____ NO _X_ BOND/PTD hrg set for_____

Dated this __7__ day of __DECEMBER__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
Deputy Clerk

c:   Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service

