UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6277-Cr-Ryskamp/Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC MC KINNEY,

    Defendant.
_____/



## PRETRIAL DETENTION ORDER

The Defendant, ERIC MC KINNEY, appeared before the Court this date represented by counsel, Christopher Grillo, Esquire. The Defendant stipulates to pretrial detention without prejudice to move the Court for setting of bail at a later date.

To justify detention of the Defendant the Government proffered that the Defendant is a citizen of the Bahamas who was deported from the United States in March of 1998, after having been convicted for a 1995 offense of aggravated felony of delivery of cocaine. He was found in the United States June 4, 1998, in Broward County, Florida. The Defendant is on probation for an October arrest for possession of cocaine and failure to appear on that charge. There is a pending violation of probation.

This Court knows of no conditions of release which will reasonably assure the safety of the community and the appearance of the Defendant if he is released on bail. He is not a U.S. citizen and has no right to work within this country. He is both a flight risk and a danger and he is ordered DETAINED.

Considering the foregoing, it is hereby ORDERED that the Defendant be committed

to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant is detained without prejudice and may at any time petition this Court to reconsider this order of detention.

The Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this ___ day of December, 2000.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:

AUSA - Lothrop Morris
Christopher Grillo, Esq.
U.S. Marshal
U.S. Pretrial Services