|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO. 00-6277CR-HURLEY |
| Plaintiff, | JUDGE: HURLEY |
| v. | MAG. JOHNSON |
| ERIC MCKINNEY, |  |
| Defendant. |  |

_____/

## NOTICE OF CONFLICT AND UNAVAILABILITY

The Defendant in this matter is presently scheduled for Status Conference before the Honorable Magistrate Johnson on Monday, January 8, 2001 at 9:30 a.m.

NOTICE IS HEREBY given to this Honorable Court that Undersigned Counsel is committed, and has begun a Jury Trial in the Seventeenth Judicial Circuit on January 3, 2001 before the Honorable Judge Alfred Horowitz in the matter of State v. Ghanem, et al, Case No. 96-19226CF10. Undersigned counsel represents Defendant Zeno in this RICO case consisting of Eight (8) defendants which is approximately Four (4) years old. The trial date was agreed upon by all parties on December 8, 2000, (See Trial Date notice attached hereto). The trial schedule is as follows: 1/3/01- 1/12/01; 1/15/01 to 1/19/01 no trial activity; 1/22/01 Opening Statements. Said trial is anticipated to last approximately Eight (8) weeks. Undersigned counsel will be unavailable to appear for any scheduled court matters during that time.

It is respectfully requested that no court hearings or other matters be scheduled

during the above mentioned trial schedule.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict and Unavailability has been provided by facsimile and U.S. Mail to Robin Rosenberg, c/o the Office of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida, this 4 day of January, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Defendant
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954 524-1125
Florida Bar No. 302661

| STATE OF FLORIDA | IN THE CIRCUIT/COUNTY COURT IN AND |
|---|---|
| VS. | FOR BROWARD COUNTY, FLORIDA |
| Robert Zeno | CASE NO. 9619226 CF10A |
| | JUDGE ALFRED J. HOROWITZ |

The (TRIAL) CAL CALL, SENTENCING, STATUS _____ in this case is now scheduled for __1-3__, __01__, at (8:30) / 1:30 PM in room __518__ of the Broward County Courthouse.

Remarks _____

DEFENSE / STATE / JOINT / COURT - CONTINUANCE

SPECIAL HEARING                                     2000

ALL DEFENDANTS APPEARANCE IS MANDATORY

STATE AND DEFENSE ATTORNEYS ARE REQUIRED TO HAVE

ALL SUBPOENAS ISSUED FOR THE TWO WEEK PERIOD ON

DATE INDICATED ABOVE

DONE AND ORDERED __12/6__, 2000

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

A. HOROWITZ
JUDGE

| In open Court | By Mail |
|---|---|
| (✓) Defendant | ( ) |
| (✓) Defense Attorney | ( ) |
| (✓) Bondsman | ( ) |
| (✓) State | ( ) |
| (✓) Guardian Ad Litem | ( ) |

BC-110 (Rev. 12/99)                              COPY FOR DEFENDANT'S ATTORNEY