TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __ERIC McKINNEY_____

CASE NO. __00-6277_____CR-HURLEY

THIS CAUSE is set for Pre-Trial Status Conference on __January 8, 2000_____.

The parties report as follows

__X__ There are no pending motions for pre-trial determination at this time.

____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__X__ There are no discovery problems. Discovery received.

____ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

__X__ The parties estimate trial will take __3__ days to complete

__X__ Other comments: Michael Hursey, Esq. has contacted this office and the Substitution of Counsel documents are being prepared and will be filed forthwith.

Respectfully submitted,

LINNEA R JOHNSON
CHIEF U.S. MAGISTRATE JUDGE