IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.    Case no. 00-6277-CR

ERIC McKINNEY,
    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**COMES NOW** CHRISTOPHER GRILLO, ESQ. and MICHAEL HURSEY, P.A., and move this Court to substitute Michael Hursey as counsel for Defendant ERIC McKINNEY.

Dated this _7_ day of **January, 2001.**

| | |
|---|---|
| CHRISTOPHER GRILLO, ESQUIRE | MICHAEL HURSEY, ESQUIRE |
| 1 E. Broward Blvd. | 305 South Andrews Avenue |
| Suite 700 | Suite 800 |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, FL 33301 |
| Telephone (954) 524-1125 | Telephone: (954) 779-1880 |
| Facsimile: (954) | Facsimile: (954) 779-7980 |
| Florida Bar No. 302661 | Florida Bar No. 457698 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to Assistant United States Attorney Robin Rosenbaum, Esq., United States Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, FL 33394 this _9th_ day of January, 2001.

Respectfully submitted,

By: _____
Michael Hursey, P.A.
FLORIDA BAR NO. 457698

By: _____
Christopher Grillo
FLORIDA BAR NO. 302661

TOTAL P.02