AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  ROBIN S. ROSENBAUM  INS S/A TARA MAGUIRE

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  *509846*

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

ERIC McKINNEY

**CASE NUMBER:**

**00-6277**

**CR-RYSKAMP**

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERIC McKINNEY _____

Name    **MAGISTRATE JUDGE JOHNSON**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who, having previously been deported from the United States, knowingly and unlawfully re-entered the United States without the Attorney General having expressly consented to such alien's reapplying for readmission to the United States;

in violation of Title __8__ United States Code, Section(s) 1326(a) and (b)(2)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 14, 2000, Fort Lauderdale, Florida
Date and Location

☐ fixed at Pre-trial detention *requested*    by *Lurana S. Snow*

United States Magistrate Judge
Name of Judicial Officer

2001 JAN -3 AM 11: 0
SOUTH. FLORIDA
W. PALM BCH. OFF.

2000 SEP 22 AM 9: 32

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED<br>9/14/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>12/4/00 | | Edward Purchase, SDUSM |