IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.   Case no. 00-6277-CR/ Hurley

ERIC McKINNEY,
    Defendant.
_____/

### ORDER

**THIS CAUSE** having come on before the Court on Defendant Eric McKinney's Stipulation For Substitution of Counsel, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

The Clerk of the Court is hereby Ordered to enter the appearance of Michael Hursey, P.A. as counsel of record in this case.

**DONE** and **ORDERED** this _10_ day of January, 2001, in chambers in the City of West Palm Beach, Florida.

Linnea R. Johnson
U.S. Magistrate Judge

cc:    AUSA Robin Rosenbaum
       Michael Hursey, Esq.
       Christopher Grillo, Esq.