IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6277-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.                        Case no. 00-6277-CR

ERIC McKINNEY,
    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before the Court on Defendant McKinney's Agreed Motion To Extend Time To File Defense Motions, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**. Michael Hursey, P.A. has until the ___ day of _____, 2001, to file defense motions.

**DONE** and **ORDERED** this 25 day of January, 2001, in chambers in the City of West Palm Beach.

Ann Vitunac
U.S. Magistrate Judge

Cc:  AUSA Robin Rosenbaum
      Michael Hursey, Esq.