IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                Case no. 00-6277-CR

ERIC McKINNEY,
    Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENSE MOTIONS

**NOW COMES** Defendant Eric McKinney, by and through his undersigned counsel, and for his Motion states:

1.    Trial in this case is set on the March 5, 2001 calendar.

2.    Undersigned counsel (as the 2nd attorney) was previously given an extension of time up to and including February 12, 2001, to file defense Motions. However, for reasons stated below, undersigned request that he be given up to and including Friday, February 16, to file said Motions.

3.    The main reason for this is that last week, undersigned counsel (a sole practitioner) had the flu, the symptoms of which lasted for about 1 week. February 12 is the first full day undersigned counsel has returned to the office. However, counsel has to accompany a family member to a hospital visit at 2:00 in Miami on today's date, so even today will not be a full day in the office.

4.  By seeking this extension, counsel is merely trying to get the same number of days he would have had, absent said sickness.

5.  Undersigned counsel has contacted counsel for the government, who said she does not oppose the Court's granting the instant Motion.

**WHEREFORE**, Defendant McKinney prays that this Court will grant his UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENSE MOTIONS.

Respectfully submitted,

_Michael Hursey_
Michael Hursey, Esq.
Counsel for Defendant McKinney
305 South Andrews Ave., Suite 800
Ft. Lauderdale, FL 33301
Telephone: 954-779-1880
Facsimile: 954-779-7980

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion was furnished by U.S. Mail to Assistant United States Attorney Robin Rosenbaum, United States Attorney's Office, 500 E. Broward Blvd., Ft. Lauderdale, FL 33301, this 12th day of February, 2001.

_Michael Hursey_
Michael Hursey
Fla. Bar No. 457698

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    Case no. 00-6277-CR

ERIC McKINNEY,
    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before the Court on Defendant McKinney's UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENSE MOTIONS, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

Michael Hursey, P.A. has until the _____ day of _____, 2001, to file defense motions.

**DONE** and **ORDERED** this _____ day of February, 2001, in chambers in the City of West Palm Beach.

                                              _____
                                              Ann Vitunac
                                              U.S. Magistrate Judge

Cc:  AUSA Robin Rosenbaum
       Michael Hursey, Esq.