IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                     Case no. 00-6277-CR- HURLEY

ERIC McKINNEY,
    Defendant.
_____/



## UNOPPOSED MOTION TO CONTINUE MARCH 5 TRIAL DATE

**COMES NOW** Defendant Eric McKinney, by and through his undersigned counsel, and for his Motion states:

1.    The Court previously set the trial for this matter for its March 5, 2001, calendar period. However, for reasons set forth below, Defendant McKinney prays that the Court will continue it for at least 60 days.

2.    The main reason for this is that Defendant McKinney is in the process of having several debriefings with law enforcement agencies and his counsel, with an eye toward a certain resolution of this case. Because of the nature of the debriefings, it will take a few more weeks before this information is finalized.

3.    Also, there are certain Motions filed which need to be heard and ruled upon by the U.S. Magistrate Judge. This will also take time. Undersigned counsel only came into this case on January 16, 2001, and is the second attorney on the case. At the last calendar call, the Court will recall that undersigned counsel only

agreed to the March 5 calendar call as a courtesy to the prosecutor, who was hoping to get this matter resolved before she went on maternity leave in April.

4.  Undersigned counsel spoke to the prosecutor assigned to this case, who stated that the government does not oppose this Motion.

5.  Defendant McKinney previously waived his right to a speedy trial, at the last calendar call.

**WHEREFORE**, Defendant McKinney prays that this Court will grant his UNOPPOSED MOTION TO CONTINUE MARCH 5 TRIAL DATE.

Respectfully submitted,

_____
Michael Hursey, Esq.
Counsel for Defendant McKinney
305 South Andrews Ave., Suite 800
Ft. Lauderdale, FL 33301
Telephone: 954-779-1880
Facsimile: 954-779-7980

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion was furnished by U.S. Mail to Robin Rosenbaum, Esq., United States Attorney's Office, 500 E. Broward Blvd., Ft. Lauderdale, FL, 33301 this 16th day of February, 2001.

_____
Michael Hursey
Fla. Bar No. 457698

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                             Case no. 00-6277-CR

ERIC McKINNEY,
  Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before the Court on Defendant McKinney's UNOPPOSED MOTION TO CONTINUE MARCH 5 TRIAL DATE, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

The trial is now set for the period beginning the _____ day of _____, 2001.

**DONE** and **ORDERED** this _____ day of February, 2001, in chambers in the City of West Palm Beach, FL.

_____
Daniel T.K. Hurley
U.S. District Court Judge

Cc:  AUSA Robin Rosenbaum
     Michael Hursey, Esq.