IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,
    Plaintiff,

v.                                         Case no. 00-6277-CR

ERIC McKINNEY,
    Defendant.
_____/

### ORDER

**THIS CAUSE** having come on before the Court on Defendant McKinney's

UNOPPOSED MOTION TO CONTINUE MARCH 5 TRIAL DATE, and the

Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

The trial is now set for the period beginning the ___7th___ day of

___MAY___, 2001. Calendar Call will be held on APRIL 27, 2001, at 1:30 p.m.

**DONE** and **ORDERED** this ___1st___ day of ~~February~~ March, 2001, in

chambers in the City of West Palm Beach, FL.

                                    _____
                                    Daniel T.K. Hurley
                                    U.S. District Court Judge

Cc:  AUSA Robin Rosenbaum
     Michael Hursey, Esq.