NIGHT BOX
FILED

APR 19 2001

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

CLERK, USDC / SDFL / WPB

v.                               Case no. 00-6277-CR-HURLEY

ERIC McKINNEY,
    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE

**NOW COMES** Defendant Eric McKinney, by and through his undersigned counsel, and for his Motion states:

1. Trial in this case is set on the March 5, 2001 calendar. However, for reasons set forth below, Defendant McKinney respectfully requests that this Court continue the trial for 60 days.

2. The main reason for this is that Defendant McKinney and the government are currently in negotiations that could result in the resolution of this matter, short of a trial. For certain necessary conditions to be completed, however, both parties need to continue to extend themselves to obtain certain facts. Undersigned counsel estimates that this will take at least 60 days. The specifics of this can be amplified at the calendar call.



3.  Defendant McKinney has previously waived his right to a speedy trial at a prior calendar call, and does so again voluntarily and knowingly in this Motion.

4.  Undersigned counsel has contacted counsel for the government, who said she does not oppose the Court's granting the instant Motion.

**WHEREFORE**, Defendant McKinney prays that this Court will grant his UNOPPOSED MOTION TO CONTINUE.

Respectfully submitted,

_____
Michael Hursey, Esq.
Counsel for Defendant McKinney
305 South Andrews Ave., Suite 800
Ft. Lauderdale, FL 33301
Telephone: 954-779-1880
Facsimile: 954-779-7980

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion was furnished by U.S. Mail to Assistant United States Attorney Robin Rosenbaum, United States Attorney's Office, 500 E. Broward Blvd., Ft. Lauderdale, FL 33301, this 19th day of April, 2001.

_____
Michael Hursey
Fla. Bar No. 457698

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                    Case no. 00-6277-CR-HURLEY

ERIC McKINNEY,
    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before the Court on Defendant McKinney's **Unopposed Motion To Continue**, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

This case is continued until the calendar call set for the _____ day of _____, 2001, at West Palm Beach at _____ AM/PM.

**DONE** and **ORDERED** this _____ day of April, 2001, in chambers in the City of West Palm Beach, FL.

                                                                  _____
                                                                  Daniel T. K. Hurley
                                                                  U.S. District Judge

cc:    AUSA Robin Rosenbaum
        Michael Hursey, Esq.