IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,
    Plaintiff,

v.                             Case no. 00-6277-CR-HURLEY

ERIC McKINNEY,
    Defendant.
_____/

### ORDER _DENYING MOTION TO CONTINUE_

**THIS CAUSE** having come on before the Court on Defendant McKinney's **Unopposed Motion To Continue**, and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is ~~**GRANTED**~~ _DENIED._

~~This case is continued until the calendar call set for the _____ day of _____, 2001, at West Palm Beach at _____ AM/PM.~~

**DONE** and **ORDERED** this __26th__ day of April, 2001, in chambers in the City of West Palm Beach, FL.

                                       Daniel T. K. Hurley
                                       U.S. District Judge

cc:    AUSA Robin Rosenbaum
       Michael Hursey, Esq.