UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC McKINNEY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and notices his appearance for the Defendant, ERIC McKINNEY, in this cause, and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to his office.

    Respectfully submitted,

    McKENNA & OBRONT
    Attorneys for Defendant
    Florida Bar No. 348481
    2940 First Union Financial Center
    200 South Biscayne Boulevard
    Miami, Florida 33131
    Phone: (305) 373-1040
    Fax:   (305) 373-2040

    By: _____
        PAUL A. McKENNA, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of May, 2001 to the U.S. Attorney's Office, 500 Australian Ave., #400, West Palm Beach, Florida 33401.

PAUL A. McKENNA, ESQ.