MAY-08-2001 14:33 FROM:MICHAEL HURSEY PA 9547797986
MAY-03-2001 THU 04:12 PM MCKENNA & OBRONT    FAX NO. 3052851235    P. 03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

ERIC McKINNEY,

 Defendant.
_____/

## STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

The Defendant, ERIC McKINNEY, through counsel moves this court to substitute PAUL A. McKENNA, ESQ. as attorney of record in this case and to allow MICHAEL HURSEY, ESQ. to withdraw as attorney of record. If this motion is granted, PAUL A. McKENNA, ESQ. does hereby enter his Notice of Appearance as attorney for the Defendant.

AGREED AND STIPULATED to by counsel this 3 day of May, 2001.

MICHAEL HURSEY, ESQ.
305 S. Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 779-1880

Florida Bar No. 457698

PAUL A. McKENNA ESQ.
McKenna & Obront
2940 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 373-1040
Florida Bar No. 348481

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this  8th  day of May, 2001 to the Office of the United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401.

_____
PAUL A. McKENNA, ESQ.