UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC McKINNEY,

    Defendant.
_____/

### ORDER SUBSTITUTING COUNSEL

THIS CAUSE having come before the Court on the Defendant's Stipulated Motion for Substitution of Counsel and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that MICHAEL HURSEY, ESQ. is granted leave to withdraw as attorney for the Defendant, and PAUL A. McKENNA, ESQ. is substituted in his name, place and stead.

DONE AND ORDERED at Miami, Florida this ____ day of May, 2001.

                              _____
                              DANIEL T.K. HURLEY
                              United States District Judge

Copies furnished to:
Paul A. McKenna, Esq.
U.S. Attorney's Office
Michael Hursey, Esq.