# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6277-Cr-Hurley (Paine)

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ERIC McKINNEY

            Defendant.

_____/

JUN 1 5 2001

## N O T I C E

---

TYPE OF CASE     ___CIVIL            x_CRIMINAL

---

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE AND TIME SET FORTH BELOW.**

| PLACE | DATE AND TIME |
|---|---|
| United States Courthouse, | Wednesday, June 20, 2001 |
| 301 North Miami Avenue, 3rd Floor | at 2:00 PM |
| Miami, Florida | (Judge Nesbitt's courtroom) |

TYPE OF HEARING

CHANGE OF PLEA     Note that this hearing will be presided over by Judge Paine on behalf of Judge Hurley.

---

DATE: June 13, 2001            CLARENCE MADDOX, Clerk

                          by: _Svava Ringheim_

                              Svava Ringheim

C:     Jeffrey H. Kay, AUSA
       Paul McKenna & Curt Obront, Esqs.
       U.S. Probation

