UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6277-Cr-Hurley (Paine)

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ERIC McKINNEY

       Defendant.
_____/

FILED by SR D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED NOTICE

| TYPE OF CASE | ___ CIVIL | _x_ CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE AND TIME SET FORTH BELOW.

| PLACE | DATE AND TIME |
|---|---|
| United States Courthouse, 701 Clematis Street WEST PALM BEACH, Florida 33401 | Thursday, July 12, 2001 at 11:00 AM |

TYPE OF HEARING

**CHANGE OF PLEA**

**Note that this hearing will be presided over by Judge Paine on behalf of Judge Hurley. Also note that this hearing has been reset from 6/20/01 in Miami to 7/12/01 in W.Palm Beach**

DATE: June 18, 2001

CLARENCE MADDOX, Clerk

by: _Svava Ringheim_
Svava Ringheim

C:    Jeffrey H. Kay, AUSA
     Paul McKenna & Curt Obront, Esqs.
     U.S. Probation
     Hon. Daniel T.K. Hurley

