UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

*Donovan*
Eric, McKinney (J) 1
USM # 55572-004

CASE NO. 00-6277-Cr

*Hurley*

(Paine)

RECEIVED & FILED
ON 7-12-01
WPB
Clerk
Southern District of Florida

## MINUTES - CHANGE OF PLEA

On July 12, 2001 the above named defendant appeared in person before the
Honorable JAMES C. PATNE , United States District judge, with Paul A McKenna
counsel, appointed by the Court/retained by the defendant, and said defendant stated in open Court that he/she
desired to withdraw his plea of Not Guilty heretofore entered and desired to enter a plea of Guilty to
Count(s) 1 of the Indictment/~~Information~~.

*Writ Obront top*

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a
factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged.

Whereupon:

( ) 	The Court proceeded to pronounce sentence.  (See separate J & C)

( X ) 	The Court postponed sentencing until 10/12/01 at 1:30 PM in WPB
	before Judge Hurley
	( ) The defendant is allowed to remain on present bond until then.

	( ) The defendant is remanded to the custody of the U.S. Marshal
		until a bond in the amount of _____ is posted.

( X ) 	The defendant is remanded to the custody of the U.S. Marshal
		until sentencing.

( X ) 	Presentence Investigation Report Ordered.

Counts _____ to be dismissed upon motion of the U.S. Attorney at time of sentencing.

Court Reporter Jerry Reeves                AUSA Jeffrey H. Kay

Courtroom Deputy Svava Ringheim          Agent _____

U.S. Marshal _____            Probation None

Interpreter None