UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY (PAINE)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC McKINNEY,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING UNTIL AFTER NOVEMBER 1, 2001

COMES NOW the Defendant, ERIC McKINNEY, by and through the undersigned counsel and hereby moves this Honorable Court to continue the sentencing until any time after November 1, 2001, and as grounds in support thereof would state as follows:

1. The change of plea occurred in this case before the Honorable Judge James Paine on July 12, 2001.

2. At that time, the Court was advised that due to a change in the guidelines that are proposed, which would make the sentence more favorable to the Defendant and which proposal takes effect after November 1, 2001, it was requested that the sentencing be set any time after that date.



3. Unfortunately, the Deputy Clerk already had a notice of sentencing date for October 12, 2001, and Judge Paine advised we should file this Unopposed Motion before the Honorable Judge Daniel Hurley to change the sentencing date from October 12, 2001 to any time after November 1, 2001.

WHEREFORE, based upon the foregoing, it is respectfully requested that this Honorable Court reset the sentencing date any time after November 1, 2001.

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 348481
2940 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 373-1040
Fax: (305) 373-2040

By: _____
PAUL A. McKENNA, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of July, 2001 to Robin Rosenbaum, Assistant U.S. Attorney, 500 E. Broward Boulevard, Room 700, Fort Lauderdale, Florida 33301.

_____
PAUL A. McKENNA, ESQ.