UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

VS.

**ERIC McKINNEY (J)#55572-004**

    Defendant.

FILED by _____ D.C.
JUN 21 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE OF HEARING

TYPE OF CASE:
( ) CIVIL      (XX) CRIMINAL

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
U.S. DISTRICT COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA

ROOM NO.: COURTROOM 2, 4TH FLOOR
DATE AND TIME:

FRIDAY, 6-29-07 @ 10 AM BEFORE
MAGISTRATE JUDGE JAMES M. HOPKINS

TYPE OF PROCEEDING:

**INITIAL HEARING ON VIOLATION OF SUPERVISED RELEASE**

( ) TAKE NOTICE that the proceeding in this case has been **continued** as indicated below:

PLACE:      DATE/TIME PREVIOUSLY SCHEDULED:      CONTINUED TO, DATE AND TIME:

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

_____
(BY) MAGISTRATE COURTROOM DEPUTY

DATE: JUNE 21, 2007

TO:     UNITED STATES ATTORNEY (JEFFREY KAY)
        UNITED STATES MARSHAL
        UNITED STATES PROBATION & PRETRIAL SERVICE (RICHARD SAMSON)