# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: 6/29/07   TIME: 9:00 AM

**DEFT.** ERIC MCKINNEY(J)               **CASE NO.** 00-6277-CR-HURLEY/VITUNAC

**LANGUAGE:** ENGLISH                    **PRISONER NO:** 55572-004

**AUSA.** JEFFREY KAY                    **ATTY.**

**AGENT.** RICK SAMSON, USPO             **VIOL.** VIOLATION OF SUPERVISD RELEASE

**PROCEEDING:** INITIAL ON VOSR          **BOND:**

**FUTURE DATES**

**DISPOSITION** Case called. Deft sworn and advised of VOSR charges.

Deft indicates that he has retained counsel Arthur Wallace, who

was not present in court.


Court sets the following hearings:

Prelim. Probable Cause hrg: 7/6/07 @10am before Duty Mag. Judge.

Detention hearing: 7/6/07 @10am before Duty Magistrate Judge.

Report re: Counsel: 7/6/07 @10am before Duty Magistrate Judge.


**DATE:** 6/29/07                        **TAPE:** JMH- 07-45-577

Time in Court: ___ Hr. 5 Min.