```
IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____X

UNITED STATES OF AMERICA,

        -against-        Case Number 00-6277HURLEY

ERIC MCKINNEY

                    Defendant.
_____X
```

**NOTICE OF APPEARANCE**

Kindly enter the appearance of undersigned counsel for the defense.  Please copy all papers and notices to his address and attention.

COPIES TO:  The Prosecutor

Dated:  Miami Beach, Florida
        July 5, 2007

Respectfully submitted,

/s/ A. Wallace

_____
Arthur L. Wallace III, Esquire
Wallace Legal, FSP
TFB#769479
For the Defense
2401 E. Atlantic Blvd.
Suite  400
Pompano Beach, FL 33062
(954)943-2020

1