```
IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____X

UNITED STATES OF AMERICA,

        -against-        Case Number 00-6277HURLEY

ERIC MCKINNEY

                    Defendant.
_____X
```

**MOTION TO ADJOURN HEARING ON VIOLATION**

COMES NOW defendant ask requests the court to adjourn and reschedule his hearing on supervised release violation as follows:
1. Defendant has retained counsel undersigned to represent him in this case.
2. Counsel needs additional time to prepare for the hearing and review the case with the client.
3. Counsel is scheduled to be in Miami, Florida in state court on July 6, 2007 at 10:00 a.m.
4. Counsel for the government is out of town and unavailable for comment (vacation.)

WHEREFORE, defendant asks the court to adjourn the hearing for one week.

COPIES TO:  The Prosecutor via electronic filing.

Dated:  Miami Beach, Florida
        July 5, 2007

1

Respectfully submitted,

/s/ A. Wallace

_____
Arthur L. Wallace III, Esquire
Wallace Legal, FSP
TFB#769479
For the Defense
2401 E. Atlantic Blvd.
Suite  400
Pompano Beach, FL 33062
(954)943-2020