UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC McKINNEY,

        Defendant.
_____/

**ORDER GRANTING MOTION TO ADJOURN HEARING
ON VIOLATION (DE #51)**

THIS CAUSE came before the Court pursuant to Defendant Eric McKinney's Motion to Adjourn Hearing on Violation (DE #51), filed July 5, 2007. The Court having reviewed the motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. This cause is reset to Friday, July 13, 2007 at 10:00 A.M., before the Duty Magistrate Judge for Detention and Preliminary Probable Cause hearing.

DONE AND ORDERED at West Palm Beach, Florida, this 6th day of July, 2007.

                                                      _____
                                                      LINNEA R. JOHNSON
                                                      UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Jeffrey Kay, AUSA
Arthur Wallace, Esq.
U. S. Probation