# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/13/07   TIME: 10:00AM

DEFT. ERIC McKINNEY (J)   CASE NO. 00-6277-CR-HURLEY

LANGUAGE: ENGLISH   PRISONER NO.: 55572-004

AUSA. JEFFREY KAY   ATTY. ARTHUR WALLACE - RETAINED

AGENT. RICHARD SAMSON - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING DETENTION & PRELM/FINAL PROBABLE CAUSE   BOND. NO BOND

FUTURE DATES: _____

DISPOSITION: Defendant stipulated to detention. Defendant admitted charges. Court finds deft knowingly & voluntarily admitted to charges & will recommend that the District Court proceed to sentencing.

DATE: 7/13/07   TIME: 5   TAPE: LRJ-07 - 42-1475