UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC McKINNEY,

    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Defendant having stipulated to detention, will be held in custody without bond

**DONE AND ORDERED** at West Palm Beach, Florida this __13th__ day of __July__, 2007.

TAPE NO: LRJ-07-42-1475

_____
UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal