*Detainer MDC Miami*

PROB 19a                                                                                                          SD/FL PACTS No. 66449

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6277-CR-HURLEY

U.S.A. vs **ERIC McKINNEY**

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>ERIC McKINNEY || SEX<br>MALE | RACE<br>BLACK | AGE<br>36 |
| ADDRESS (STREET,CITY,STATE)<br>FEDERAL CUSTODY |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>THE HONORABLE DANIEL T.K. HURLEY<br>UNITED STATES DISTRICT COURT<br>WEST PALM BEACH, FLORIDA |||| DATE IMPOSED<br>OCTOBER 12, 2001 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>THE HONORABLE DANIEL T.K. HURLEY<br>UNITED STATES DISTRICT COURT<br>WEST PALM BEACH, FLORIDA |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK ||| DATE<br>MAY 15 2007 |

| RETURN ||
|---|---|
| Warrant received and executed. | DATE RECEIVED<br>05/16/2007 — DATE EXECUTED<br>06/29/2007 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>UNITED STATES MARSAHLS SERVICE<br>701 CLEMATIS STREET, SUITE #215<br>WEST PALM BEACH, FL 33401 ||
| NAME CHRISTINA PHARO<br>U S MARSHAL S/D FLORIDA | (BY) WAYNE PICKERING, SDUSM — DATE 7/18/2007 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

*509846*
*0704-0518-2032-D*