UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6277-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ERIC McKINNEY,
    Defendant.
_____/

### NOTICE SETTING VIOLATION HEARING

TAKE NOTICE that, by order of United States District Judge Daniel T. K. Hurley, a hearing for violating the conditions of supervision in the above captioned case has been set for **Friday, August 10, 2007, at 2:30 p.m.** at the U.S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida.

DATED THIS 24th day of July, 2007.

James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Bruce E. Reinhart
Arthur L. Wallace, III, Esq.
United States Probation Office
United States Marshal Services