# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

================================

Case No. __00-6277-CR.__  Date: __August 10, 2007__
(Start Time: __9:30 a.m.__)  (End Time: __10:50 a.m.__)

Courtroom Deputy: James E. Caldwell  Court reporter: Pauline Stipes

Language Spoken: __English__  Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. __Eric McKinney__

AUSA: __Bruce E. Reinhart__  DEFENSE COUNSEL: __Arthur L. Wallace, III__

TYPE OF HEARING: __Sentencing for violating the conditions of supervision.__

RESULTS OF HEARING: __The defendant was sentenced to imprisonment for 21 months with no further supervision to follow.__

Misc.: ___